THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Ann Langston, | Court File No. 08-CV-1509 (PAM/SRN) |
| Plaintiff, | |
| vs. | |
| MetLife Life and Annuity Company of Connecticut as plan administrator for Whirlpool Corporation Group Annuity, | |
| Defendants. | |

**ORDER**

The Court having been advised by counsel that the above-entitled action has been settled,

**IT IS HEREBY ORDERED** under and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this case is dismissed with prejudice. All parties shall incur their own costs and attorney's fees.


Dated: October 31, 2008         s/Paul A. Magnuson
                                Paul A. Magnuson
                                United States Senior District Court Judge